Commonwealth ex rel. Garrison, Appellant, *v.* Myers.

Submitted March 23, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Milton Garrison*, appellant, in propria persona.

*Louis F. McCabe* and *Arlen Specter*, Assistant District Attorneys, *Paul M. Chalfin*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

OPINION PER CURIAM, March 30, 1961:

The Order of the Court of Common Pleas No. 3 of Philadelphia County is affirmed on the opinion of

Judge CHARLES L. GUERIN for the court below, reported at 23 Pa. D. & C. 2d 519.